

JOSEPH W. COTCHETT (36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY (95217; pgregory@cpmlegal.com)
PAUL N. MCCLOSKEY (24541; pmccloskey@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

JULIA OLSON (192642; jaoearth@aol.com)
**WILD EARTH ADVOCATES**
2985 Adams St.
Eugene, OR 97405
Tel: (541) 344-7066
Fax: (541) 344-7061

Attorneys for Plaintiffs

FILED
MAY - 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

DMH

**UNTIED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV11 2203

| | |
|---|---|
| ALEC L., by and through his Guardian Ad Litem VICTORIA LOORZ; MADELEINE W., by and through her Guardian Ad Litem JANET WALLACE; GARRETT S., by and through his Guardian Ad Litem VALERIE SERRELS; GRANT S., by and through his Guardian Ad Litem VALERIE SERRELS; ZOE J., by and through her Guardian Ad Litem NINA GROVE; KIDS vs GLOBAL WARMING, a nonprofit; and, WILDEARTH GAURDIANS, a nonprofit<br><br>Plaintiffs,<br><br>vs.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a federal agency; KENNETH L. SALAZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF INTERIOR, a federal agency; THOMAS J. VILSACK, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF AGRICULTURE, a federal agency; | Case No. _____<br><br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

**COMPLAINT**

1   GARY F. LOCKE, in his official capacity; as
Secretary of the UNITED STATES
2   DEPARTMENT OF COMMERCE, a federal
agency;
3   STEVEN CHU, in his official capacity as
Secretary of the UNITED STATES
4   DEPARTMENT OF ENERGY, a federal
agency;
5   ROBERT M. GATES, in his official capacity,
as Secretary of the UNITED STATES
6   DEPARTMENT OF DEFENSE, a federal
agency;

7

              Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TABLE OF CONTENTS**

I. INTRODUCTION ................................................................................................ 1

II. JURISDICTION AND VENUE ......................................................................... 6

III. INTRADISTRICT ASSIGNMENT................................................................... 7

IV. PARTIES ........................................................................................................... 7

    A. ALEC L................................................................................................... 7

    B. MADELEINE W..................................................................................... 8

    C. GARRETT AND GRANT S.................................................................... 9

    D. ZOE J. ................................................................................................... 10

    E. KIDS vs GLOBAL WARMING............................................................ 11

    F. WILDEARTH GAURDIANS ............................................................... 12

    G. DEFENDANTS .................................................................................... 13

V. FACTS GIVING RISE TO PLAINTIFFS' CLAIMS ...................................... 15

    A. THE PUBLIC TRUST DOCTRINE..................................................... 15

    B. EARTH'S ATMOSPHERIC CLIMATE EMERGENCY ..................... 16

    C. HOW HUMANITY HAS CHANGED EARTH'S CLIMATE SYSTEM ............ 17

    D. EARTH IS GETTING TOO HOT TOO FAST DUE TO HUMAN ACTIVITIES
................................................................................................................ 18

    E. OTHER SIGNS VERIFY THE ATMOSPHERE'S CLIMATE SYSTEM IS
WARMING ALARMINGLY FAST ...................................................... 20

        1. WARMING OCEANS ................................................................. 21

        2. CHANGING PRECIPITATION PATTERNS ......................................... 21

        3. RISING SEA LEVELS ................................................................. 22

        5. HUMAN MADE CLIMATE CHANGE HURTS PUBLIC WELFARE AND WILL
RESULT IN UNIMAGINABLE CONSEQUENCES IF OUR GOVERNMENT DOES
LITTLE OR NOTHING .................................................................... 25

        6. REMEDYING PLAINTIFFS' INJURIES BY RESTORING THE ATMOSPHERE AND
EARTH'S NATURAL SYSTEMS...................................................... 30

VI. PLAINTIFFS' CLAIMS FOR RELIEF............................................................ 33

    CLAIM I: VIOLATIONS OF THE PUBLIC TRUST DOCTRINE .................... 33

i

PRAYER FOR RELIEF...................................................................................................... 35

**COMPLAINT**

"[T]he state has an interest independent of and behind the titles of its citizens, in all the earth and air within its domain."
*State of Georgia v. Tennessee Copper Co.*, 206 U.S. 230, 237 (1907)

"The state can no more abdicate its trust over property in which the whole people are interested... than it can abdicate its police power in the administration of government."
*Ill. Cent. R.R. Co. v. Illinois*, 146 U.S. 387, 453

## I. INTRODUCTION

1. Earth's climate is warming due to human-induced global energy imbalance. Increasing temperatures are affecting our Nation's water resources, causing more frequent heat waves, increasing illness from insect-borne diseases, shortening our winter season, reducing summer water flows, and increasing our irrigation needs. However, it is our children and our children's children who will face the full consequences of this climate crisis.

2. There is longstanding, fundamental authority that the United States government has a fiduciary duty to protect our natural resources and our human rights from threats, such as effects of human-induced global energy imbalance. Our federal government must exercise the highest duty of care when dealing with natural resources, such as atmosphere, that are necessarily held in common for all. Applying basic trust principles, the United States government has an affirmative fiduciary obligation to control atmospheric contamination that causes catastrophic and irreparable damage to our lands, our businesses, our national security, and our health.

3. The public welfare of our citizens is directly affected by the failure of our federal government to confront this human-induced global energy imbalance. This Court should determine the Public Trust Doctrine applies to the current climate crisis and issue appropriate equitable relief. This action does not request this Court issue an order telling Congress or any federal agency *how* to protect our natural resources, but rather issue an order requiring our federal government to do its job.

4. Plaintiffs include youth, representing the youngest living generation of beneficiaries of the Public Trust. Plaintiffs have a profound interest in ensuring our climate remains stable enough to ensure their rights to a livable future. A livable future includes the opportunity to drink clean water, to grow food, to be free from imminent property damage caused

1

1   by extreme weather events, and to enjoy the abundant and rich biodiversity on this small planet.

2   These youth Plaintiffs are not scientists or public policymakers, or even voters. Plaintiffs bring

3   this action not to require this Court to force our federal government to adopt a particular treaty,

4   economic theory, or political platform. Plaintiffs ask this Court to declare there is a human-

5   induced global energy imbalance and require our federal government, as trustee, to present a plan

6   to steward probable negative effects of the climate crisis in the future.

7       5.      The Public Trust Doctrine provides that our federal officials have a fiduciary duty

8   to protect the atmosphere from the effects of human-induced global energy imbalance and to hold

9   our country's vital natural resources in trust for present and future generations of citizens. Our

10  federal government may not manage the trust resource in a way that substantially impairs the

11  public interest in a healthy atmosphere. Our atmosphere contains a blanket of gases that have

12  naturally allowed Earth's climate to remain in balance so our planet is not too hot or too cold,

13  allowing human civilization and Earth's biodiversity to develop. Yet, when human activity

14  disrupts that atmospheric equilibrium, jeopardizing the safe climate-zone, human life is placed in

15  grave danger.

16      6.      Today we are confronted with an atmospheric emergency. Our atmosphere's

17  necessary balance is close to a "tipping point" and increasingly getting worse, accelerated over

18  the last thirty years to a climate warmer than has likely been experienced on Earth for 800,000

19  years. This acceleration has been caused primarily by human activity and, if continued, will

20  result in a changed world that threatens human existence as we know it. Americans and the world

21  as a whole face impending climate catastrophe. If our federal government, as the trustee of the

22  atmosphere, does not take immediate extraordinary action to protect, preserve, and restore the

23  atmosphere back into balance, our children and our children's children will continue to suffer

24  greater injury and damaging consequences.

25      7.      Science, not politics, should define the fiduciary obligation that our federal

26  authorities must fulfill. Nature has its own laws and our atmosphere has its own energy balance.

27  That balance has been seriously disrupted by massive amounts of carbon dioxide and heat-

28  trapping greenhouse gases or "GHGs," which trap the sun's heat and prevent it from dissipating

1   into space. Determining how much carbon reduction is needed to timely return our atmosphere to

2   equilibrium is a matter of science, not politics.

3       8.      Human lives are already being lost because our federal government has failed to

4   address destruction of our natural resources. Earth has already heated over pre-industrial

5   temperatures. Rapid reduction of greenhouse gas emissions is required to preserve our planet.

6   Our atmosphere must be returned to equilibrium of less than 350 parts per million ("ppm") carbon

7   dioxide to prevent heating beyond 1° C (1.8° F) (which scientific analysis deems catastrophic).

8   Our atmosphere is now at approximately 390 ppm.

9       9.      If our society wants to protect and keep the world safe for our children and our

10  children's children, our federal government must immediately be ordered to accept its fiduciary

11  responsibility mandated by the Public Trust Doctrine. Plaintiffs, and each of them, are already

12  experiencing serious environmental, economic, physical, emotional, and aesthetic injuries as a

13  result of our federal government's actions and inactions. If our federal government continues to

14  contribute to this atmospheric crisis, those injuries will intensify and expand. A failure to

15  immediately take bold action to protect and preserve Earth's safe climate-zone will cause

16  irreparable harm to Plaintiffs and others. Immediate federal government action is imperative.

17  Once we pass certain tipping points of energy imbalance and planetary heating, we will not be

18  able to prevent the ensuing harm. A failure to act soon will ensure the collapse of Earth's natural

19  systems resulting in a planet that is largely unfit for human life.

20      10.     Defendants, and each of them, by their actions of causing, approving and allowing

21  too many carbon emissions into Earth's atmosphere, cumulatively resulting in global heating,

22  ocean acidification, melting icecaps and ice sheets, biodiversity loss, and extreme weather events

23  have breached and are continuing to breach their duty as trustees. These and other catastrophes

24  are already underway throughout our country and the world, and are getting worse. Last year's

25  extraordinary floods in Pakistan displaced one million people, with more than 150,000 people still

26  unable to return home six months later.

27      11.     Human-induced global energy imbalance is a humanitarian crisis, as well as a

28  military and national security concern. As the current Chairman of the Joint Chiefs of Staff,

3

**COMPLAINT**

1  Admiral Mike Mullen, stated: "Whatever the root cause, climate change's potential impacts are

2  sobering and far-reaching." Admiral Mullen went on to warn: "Scarcity of water, food and space

3  could create not only a humanitarian crisis, but create conditions that could lead to failed states,

4  instability and, potentially, radicalization." Our federal government must not ignore our military

5  leaders' concerns.

6        12.    For over the past 200 years, the burning of fossil fuels, such as coal and oil,

7  together with massive deforestation have caused a substantial increase in the atmospheric

8  concentrations of heat-trapping greenhouse gases. These gases prevent heat from escaping to

9  space, like the glass panels of a greenhouse. The extent of these gases in the atmosphere have

10  changed and fluctuated over geologic time but have reached an equilibrium -- Earth's safe

11  climate-zone -- which is necessary to life as we know it. However, as the concentrations of these

12  heat-trapping greenhouse gases continue to increase in the atmosphere, Earth's temperature is

13  climbing above Earth's safe climate-zone.

14        13.    According to data from the National Oceanic and Atmospheric Administration

15  ("NOAA") and the National Aeronautics and Space Administration ("NASA"), Earth's average

16  surface temperature has increased by about .67° to .8°C (1.2 to 1.4°F) in the last 100 years. In

17  fact, the eight warmest years on record (since 1850) have all occurred since 1998. Coupled with

18  the increase in the Earth's temperature, other aspects of the climate are also changing, such as

19  rainfall patterns, snow and ice cover, and sea levels.

20        14.    Climate changes are currently occurring faster than even the most pessimistic

21  scenarios presented in the 2007 Intergovernmental Panel on Climate Change. A variety of studies

22  conclude a further increase of average annual temperatures of 2° C (3.6° F) above current levels

23  would cause severe, widespread, and irreversible impacts. The future is likely to bring increases

24  of 3 to 11 degrees F above current levels, if our federal government does not accept its

25  responsibility and take immediate action.

26        15.    To return Earth's energy balance and protect its natural systems, Defendants, and

27  each of them, must reduce the United States' fair share of annual carbon dioxide emissions in

28  order to draw down atmospheric carbon dioxide by at least 35-40 ppm by the end of this century.

**COMPLAINT**

1   To limit average surface heating to no more than 1° C (1.8° F) above pre-industrial temperatures,

2   concentrations of atmospheric carbon dioxide should be no more than 350 ppm.  Today, carbon

3   dioxide concentrations have already reached approximately 390 ppm and are projected to exceed

4   400 ppm within a matter of years.   To prevent exceeding 400 ppm it is essential that we draw

5   down the carbon dioxide from the atmosphere by immediately reducing GHG emissions and

6   deforestation, and also undertaking significant reforestation.

7        16.     This Complaint seeks to investigate the effectiveness of federal authorities in

8   planning and managing our nation's response to human-induced global energy imbalance.  If

9   Defendants, and each of them, do not immediately account for and react to this crisis and act

10  swiftly to reduce carbon dioxide emissions into the atmosphere, our current environment will no

11  longer exist.  If Defendants, and each of them, do not act immediately to reduce carbon emissions

12  into the atmosphere, Plaintiffs and future generations of children will face a planet that may be

13  largely uninhabitable.  We have an intergenerational obligation to protect and preserve our planet

14  for them.  The United States must lead the way to GHG emissions reductions.  It not only is the

15  single largest contributor of any sovereign nation to this harming of the atmosphere, but it also

16  has the capacity and the technology to reduce emissions if required to do so.  However, if the

17  United States government does not act now to reduce emissions and protect the atmosphere, the

18  catastrophic collapse of Earth's natural systems is inevitable.

19        17.     To return Earth's energy balance, to protect its natural systems, and to fulfill its

20  responsibilities, Defendants, and each of them, must do their part to account for and reduce

21  annual carbon dioxide emissions and draw down atmospheric carbon dioxide to less than 350

22  ppm from its current level of 390 ppm to limit average surface heating to 1° C (1.8° F) above pre-

23  industrial temperatures.

24        18.     Secretary Kenneth L. Salazar, Secretary Gary F. Locke, Secretary Steven Chu,

25  Secretary Thomas J. Vilsack, Secretary Robert M. Gates, and Administrator Lisa P. Jackson,

26  through their respective offices, departments, and agencies, the Department of Interior, the

27  Department of Commerce, the Department of Energy, the Department of Agriculture, the

28  Department of Defense, and the Environmental Protection Agency, have the primary duties to

5

**COMPLAINT**

1 ensure that our atmosphere is protected for present and future citizens. These Defendants, and

2 their predecessors, have violated and continue to violate their fiduciary duties to protect the

3 atmosphere for these Plaintiffs, as well as for all children across our country.

4       19.     Defendants, and each of them, have failed to implement our nation's laws for the

5 benefit of the people of the United States, including these Plaintiffs, as well as for all children

6 across the country, and to affirmatively protect our vital public resources. It is our nation's

7 judiciary that can and must enforce the Public Trust's fiduciary responsibility and mandate the

8 preservation of our natural resources and protection of our children throughout our country by

9 requiring prompt mitigating or preventative action. Significant delays in addressing the human-

10 induced global energy imbalance will compound the crisis and make future remedies more

11 difficult, painful, and costly. Ordering prudent actions now will improve the situation, avoiding

12 more sweeping action in the future.

13       20.     It has been more than18 years since the United States ratified the United Nations

14 Framework Convention on Climate Change ("UNFCCC") on October 15, 1992. Children born

15 on that day have now entered adulthood. Yet the United States government has failed to address

16 this problem in any meaningful way to reverse the human-induced global energy imbalance. This

17 emergency situation demands immediate judicial attention.

18 **II.**     **JURISDICTION AND VENUE**

19       21.     This action is brought pursuant to the federal Public Trust Doctrine and the United

20 States Constitution. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, as this action arises

21 under the laws of the United States.

22       22.     Venue lies in this judicial district by virtue of 28 U.S.C. § 1391(e). Defendants

23 have offices in this district, one Plaintiff resides in this district, and the events or omissions giving

24 rise to the claims arise in this district.

25       23.     Defendants, and each of them, reside in this judicial district. This civil action is

26 brought against officers of the United States acting in their official capacities and a substantial

27 part of the events or omissions giving rise to the claims in this case occurred in the Northern

28 District of California. One of the claims in this Complaint concerns EPA's failure to perform

**COMPLAINT**

1     fiduciary duties with regard to California. EPA Region 9, whose jurisdiction includes California,

2     is headquartered in San Francisco. Thus several of the events and omissions at issue in this action

3     occurred at EPA's Region 9 headquarters in San Francisco. In addition, Plaintiff Madeleine W.

4     and Zoe J. reside in San Francisco, California and Plaintiffs' counsel is located in Burlingame,

5     California. Therefore, venue is proper in this Court pursuant to 28 U.S.C. Section 1391(e).

6     **III.**    **INTRADISTRICT ASSIGNMENT**

7         24.     A substantial part of the events and omission giving rise to the claims in this case

8     occurred in the County of San Francisco. Accordingly, assignment to the San Francisco Division

9     or the Oakland Division is proper pursuant to Civil L.R. 3-2(c) and (d).

10    **IV.**    **PARTIES**

11         **A.**     **ALEC L.**

12         25.     Plaintiff ALEC L. is a 16 year old citizen of the United States who resides in

13    Ventura, California. Alec is a beneficiary of the Public Trust in our atmosphere and is owed a

14    fiduciary duty by the United States government. In <u>2006</u>, when Alec was 12, he started a non-

15    profit organization, Plaintiff Kids vs Global Warming, to educate youth of the world about the

16    imminence of the human made climate change crisis. Alec hoped to organize his generation and

17    their parents to take urgent action to protect Earth from the dire consequences that are already

18    occurring and will only get worse if drastic action is not taken soon. Since then, he has been

19    working to teach his peers about these problems and convince our federal government to protect

20    the atmosphere for present and future generations. In <u>2050</u>, when the worst effects of human

21    made climate change are expected to be seen, Alec will be 56 years old. Alec, a minor, brings

22    this action on his own behalf and is also represented by his mother, Victoria Loorz, who also

23    resides in Ventura, California.

24         26.     Alec has spent his entire teenaged life focused on researching, writing, and

25    speaking to his peers about the reality that the burning of fossil fuels has led to an imbalance of

26    Earth's natural systems. Alec is keenly aware that the future effects are only part of the story

27    because human made climate change is already affecting millions of people around the world, and

28    the youngest generations will be hurt the most.

27.     Human made climate change is adversely affecting Alec now.  For example, he has lived in Breckenridge, Colorado, where he enjoyed hiking and walking in forests that are now being destroyed by pine beetles, as a result of human made climate change.  These forests are on public lands.  Alec has experienced immense aesthetic enjoyment from these forests in his past and would like to continue to enjoy the forests in the future, but is impaired in his ability to do so because of the devastation that is caused by human made climate change. Winter temperatures in recent years are not cold enough to kill off the beetles and, as a result, Alec has seen 90% of the trees destroyed over the past five years.

28.     Alec is experiencing other devastating effects of the climate crisis.  For example, he traveled to Iceland in the summer of 2010 to hike on glacial tongues running off of the third largest ice sheet in the world. He wept when he saw that new trails need to be marked almost every day because the glacier is receding up to 3,000 feet per year, as a result of the aberrational warming of our planet.  Unless immediate action is taken to ameliorate the effects of human made climate change, he will never see glaciers of that magnitude again.

29.     In his home town of Ventura, California, Alec and 50 other middle school students erected poles that show where the future sea level rise will be if nothing is done to change our current rate of emissions.  The poles show how, within Alec's lifetime, the sea level will rise enough to lose the waste water treatment center in his community, the power generating station for the entire county, the freeway, all of the beaches, and hundreds of homes – all of which will negatively impact Alec personally.

30.     Alec is passionately driven to "stop global warming" within his lifetime because he has seen how the burning of fossil fuels and increased emission of greenhouse gases melt snowpacks and glaciers, cause droughts and reduce water supplies, and compromise food production, putting his future and the lives of hundreds of millions of people in danger.

**B.     MADELEINE W.**

31.     Plaintiff Madeleine W. is 15 years old and lives in San Francisco, California. Madeleine is a beneficiary of the Public Trust in our atmosphere and is owed a fiduciary duty by the United States government. In 6th grade, Madeleine was concerned about how much water and

8

**COMPLAINT**

1  energy her school was using, so she co-founded her school's Environmental Action Committee

2  with her science teacher.

3    32.    When Madeleine was nine, she started a nonprofit called "Superheroes Needed"

4  after she saw a photograph of an African mother holding her child who had died from starvation

5  caused by drought in their homeland. What she first mistook for a baby was a child her same

6  age—9 years old. The size of the child was due to malnourishment. Superheroes Needed sold

7  handmade necklaces for building wells in Africa because water issues there are so urgent.

8  Madeleine knows this story will become exponentially common without addressing human made

9  climate change: poor countries will only become poorer, those who have little to eat will have

10  even less as drought and food shortages worsen, not just in Africa but globally.

11    33.    Through the fundraising efforts of Superheroes Needed, Madeleine and others

12  built wells in Africa, addressing water shortages exacerbated by human made climate change.

13    34.    Madeleine's firsthand experiences solidified her passion, desire, and need to

14  advocate for those people and natural resources without a voice. Madeleine traveled with her

15  mother, a social justice attorney, and her godfather, Robert Kennedy, Jr., to Patagonia, Chile, to

16  fight against the damming of the Futaleufu River.

17    35.    Madeleine, a minor, brings this action on her own behalf and is also represented by

18  her mother, Janet Wallace, who also resides in San Francisco, California.

19    **C.    GARRETT AND GRANT S.**

20    36.    Plaintiffs Garrett and Grant S. are both 15 years old and live Timberville, Virginia.

21  Garrett and Grant are beneficiaries of the Public Trust in our atmosphere and are owed a fiduciary

22  duty by the United States government. Garrett and Grant have experienced consequences of

23  global warming in the various geographic locations they have lived. They resided in Pine

24  Mountain Club, California for 7 years, a beautiful community at 6,500 ft. in the Los Padres

25  National Forest. While they lived in Pine Mountain Club, they witnessed the destruction of

26  hundreds of pine trees from pine beetles, extreme weather patterns that left them without

27  electricity or water for several days, and drought and fire hazard in the forests.

28

9

**COMPLAINT**

37. Upon moving to Timberville, Virginia almost six years ago, Garrett and Grant were fortunate enough to live in a house located on the North fork of the Shenandoah River. Their excitement of being able to play, fish, and swim in the river was quickly thwarted. As new residents, they soon learned the river had become polluted as a result of lax standards of factory discharge into the river. The Shenandoah River had become unsafe for swimming. Also, "fish kill" became a common vocabulary word for the die off of trout, bass, and sunfish (sometimes in large numbers). Garrett and Grant would often fish in the Shenandoah River to examine the fish for potential lesions, and found several. The reason for these lesions and fish kill is related to the increased temperature of the river waters over the past decade.

38. Garrett and Grant greatly enjoy hiking, camping swimming in the rivers and creeks, and fishing. They care deeply about the environment, and personally take responsibility for keeping it clean, picking up trash, and expect others also to take responsibility for the environment. In addition, Garrett and Grant have been involved with using the arts, drama, and music to communicate the need for social change in public places, at rallies, in malls, parks, and homeless shelters.

39. Garrett and Grant, both minors, bring this action on their own behalf and are also represented by their mother, Valerie Serrels, who also resides in Timberville, Virginia.

**D. ZOE J.**

40. Zoe J. is 16 years old and resides in San Francisco, California. Zoe is a beneficiary of the Public Trust in our atmosphere and is owed a fiduciary duty by the United States government. Since childhood, Zoe has actively been involved in protecting both the safety of her environment, and the safety of those who inhabit it. In Junior High School, she worked closely with the organization "Teens Turning Green" on an initiative called "Lips Against Lead," in which Zoe helped to gather signatures to petition for a law that banned lead in lipstick. She also served as a class representative in her elementary school Eco-Council.

41. Zoe resides in the San Francisco Bay Area. San Francisco Bay is a large estuary that will be dramatically impacted by rising sea levels that will accompany drastic climate change, including global warming. Water treatment facilities and other essential infrastructure

10

**COMPLAINT**

located near sea level around the Bay will require extremely expensive repair, or even relocation, in the event that sea levels continue to rise. While visiting friends and family Zoe has become familiar with the Sacramento-San Joaquin River Delta. The Delta forms the east boundary of San Francisco Bay and is the hub of the State's water system. The entire ecosystem and water capacity of the Delta is likely to be severely impacted as a result of these rising sea levels. A huge part of California's population and economy depends on water transported through the Delta.

42. Zoe has had the opportunity to visit East Africa and is concerned about the expansion of malaria in highland areas as temperature increases in this region. In 2004, the United States government invested almost $200 million in the research and development of malaria treatments and additional aid to fund malaria prevention and control. Zoe believes that investment in curbing global warming will also pay benefits by limiting the expansion of malaria.

43. Zoe has also had the opportunity to visit her uncle in the Florida Panhandle. Her uncle sells fishing boats and supplies and she has a deep appreciation for the sensitive habitat of Apalachicola Bay and the fisheries and oyster production that occurs there. She has spent many hours fishing and learning about the livelihood of this part of our country. Global warming related sea level rise also would have a devastating impact on Apalachicola Bay, and her uncle's business.

44. Zoe, a minor, brings this action on her own behalf and is also represented by her mother, Nina Grove, who also resides in San Francisco, California.

**E.  KIDS vs GLOBAL WARMING**

45. Plaintiff KIDS vs GLOBAL WARMING ("KvGW") is a non-profit organization committed to creating opportunities for youth to learn about the science and solutions of human made climate change, and then to take action that will reduce dependence on fossil fuels and influence governments throughout the world to make good decisions now that impact the future of youth and generations to come. KvGW is a membership organization of over 10,000 youth from all over the country who are concerned about how human made climate change is affecting and will continue to affect them and their future. KvGW brings this action on behalf of its

11

**COMPLAINT**

1   members.  The members of KvGW are beneficiaries of the Public Trust in our atmosphere and are

2   owed a fiduciary duty by the United States government.  The actions of Defendants, and each of

3   them, are injuring KvGW's members in ways that are germane to the organization's mission.

4   Namely, Defendants, and each of them, are causing harm to and failing to protect the atmosphere

5   on which KvGW's members rely for their health, well-being and survival.  KvGW brings this

6   action on behalf of its members.

7                **F.      WILDEARTH GAURDIANS**

8       46.    Plaintiff WILDEARTH GUARDIANS ("Guardians") is a non-profit conservation

9   organization.  Guardians is dedicated to protecting and restoring wildlife, wild rivers, and wild

10  places in the American West, and to safeguarding Earth's climate and air quality.  Towards this

11  end, Guardians and its members work to replace fossil fuels with clean, renewable energy in order

12  to safeguard public health, the environment, and Earth's climate for future generations. Guardians

13  brings this action on its own behalf and on behalf of its adversely affected members.  Guardians

14  has approximately 4,500 members, many of whom live, work, or recreate in Colorado.  The

15  members of Guardians are beneficiaries of the Public Trust in our atmosphere and are owed a

16  fiduciary duty by the United States government.

17      47.    The failure of Defendants, and each of them, to perform their fiduciary duties as

18  described herein affects each Plaintiff, as well as the staff and members of Plaintiffs KvGW and

19  Guardians, by depriving them of protection and opportunities.  The failure of Defendants, and

20  each of them, to perform their fiduciary duties also creates uncertainty each Plaintiff, as well as

21  the staff and members of Plaintiffs KvGW and Guardians, as to whether they are improperly and

22  unnecessarily exposed to human made climate change.

23      48.    The survival, health, recreational, scientific, cultural, inspirational, spiritual,

24  educational, aesthetic, emotional well-being and other rights and interests of Plaintiffs, and each

25  of them, are and will be increasingly adversely and irreparably injured by the failure of

26  Defendants, and each of them, to stop the injurious use of natural resources unless the relief

27  requested here is granted.  Likewise, the ongoing breach of the duty to preserve and protect the

28  atmosphere for present and future beneficiaries, which has not been abated or properly mitigated,

**COMPLAINT**

1  will continue to adversely and irreparably injure Plaintiffs, and each of them, unless the relief

2  requested here is granted. These are actual, concrete injuries to Plaintiffs, and each of them, that

3  would be redressed by the relief sought here.

4      49.     The above injuries will continue until this Court grants the relief requested herein.

5  **G.**   **DEFENDANTS**

6      50.     Defendant United States Environmental Protection Agency ("EPA") is a federal

7  agency. Its mission is to protect human health and the natural environment, on which life

8  depends, including air, water and the land. As part of this duty, it must ensure that federal laws

9  protecting human health and the environment are implemented and enforced effectively and

10  fairly. EPA has failed to preserve and protect the atmosphere and has failed to effectively

11  implement and enforce the laws under its jurisdiction for this purpose, for present and future

12  generations.

13      51.     Defendant Lisa P. Jackson is the Administrator of EPA, and is responsible for all

14  actions of the EPA.

15      52.     Defendant United States Department of Interior ("DOI") manages one-fifth of the

16  country's land, including forests and grazing lands, 35,000 miles of coastline and1.76 billion

17  acres of the Outer Continental Shelf. DOI's mission is to protect America's natural resources and

18  heritage, honor cultures and tribal communities, and supply the energy to power the future of

19  America. It has a duty to uphold the United States government's trust responsibilities. DOI has

20  failed to preserve and protect the atmosphere and has failed to provide climate-safe energy to

21  power not just today's America, but America for future generations without wasting the

22  atmospheric trust. DOI has contributed to and continues to contribute to the climate catastrophe

23  by permitting logging, livestock grazing, off-road vehicle use, the extraction of coal, coal-bed

24  methane, oil, oil shale and natural gas, and oil, coal and electric infrastructure and transmission

25  facilities on public land. DOI continues to fail to preserve and protect the Public Trust in our

26  atmosphere from greenhouse gases from all of the aforementioned activities under its jurisdiction.

27      53.     Defendant Kenneth L. Salazar is the Secretary of DOI, and is responsible for all

28  actions of DOI.

**COMPLAINT**

54. Defendant United States Department of Agriculture ("USDA") has authority over our nation's food, agriculture, and many natural resources, including national forests, which serve the vital role of absorbing carbon dioxide from our atmosphere – commonly referred to as "carbon sequestering." USDA has contributed to and continues to contribute to the climate catastrophe by permitting large-scale logging in national forests, and it continues to fail to preserve and protect the atmospheric trust from greenhouse gases from farming, agricultural practices, and fossil fuel extraction and use under its jurisdiction.

55. Defendant Thomas J. Vilsack is the Secretary of USDA and responsible for all actions of that agency.

56. Defendant United States Department of Commerce ("Commerce") is a federal agency whose mission is to help make American businesses more innovative at home and more competitive abroad. Through its bureau, NOAA, it is also responsible for preserving and protecting natural resources, including fisheries, coastal areas, marine life, and our atmosphere. Commerce has failed to preserve and protect the atmosphere and other natural resources under its jurisdiction and has failed prevent the waste of the Public Trust in the atmosphere in its efforts to make American industry competitive.

57. Defendant Gary F. Locke is the Secretary of Commerce, and is responsible for all actions of that agency.

58. Defendant United States Department of Energy ("DOE") is a federal agency whose mission is to advance the national, economic, and energy security of the United States through clean, reliable, and affordable energy, to protect the environment, and to encourage innovations in science and technology that improve the quality of life. DOE has failed to preserve and protect the atmosphere by advancing clean, reliable, and affordable energy to replace fossil fuel sources of energy, which are wasting the trust asset.

59. Secretary Steven Chu, in his official capacity, is responsible for all actions of the Department of Energy.

**COMPLAINT**

60. Defendant United States Department of Defense ("DOD") is a federal agency whose mission includes protecting the security of our country. DOD is the oldest and largest government agency. It is the nation's largest employer and is responsible for enormous greenhouse gas emissions from its vehicle fleet, electricity for buildings, and its weapons infrastructure. DOD has contributed and continues to contribute to the climate warming situation and the waste of the Public Trust in the atmosphere DOD is also failing to preserve and protect the atmosphere, which threatens the security of life on Earth and the security of our nation due to the instability the climate crisis is creating and will continue to create around the world. For example, the number of human made climate change refugees will continue to increase as weather events and lack of steady supplies of food and water increase across the world. Also as climate security diminishes, largely as a result of the United States government's historic emissions and failure to protect the atmosphere, animosity towards the United States will continue to increase.

61. Defendant Robert M. Gates is the Secretary of DOD, and is responsible for all actions of DOD.

62. Collectively, these Federal agencies are charged with protecting citizens and the nation; encompassed within this duty is the preservation of a habitable planet. According to the White House, "[t]he Federal Government occupies nearly 500,000 buildings, operates more than 600,000 vehicles, employs more than 1.8 million civilians, and purchases more than $500 billion per year in goods and services. As the single-largest energy consumer in the U.S. economy, the Federal Government spent more than $24.5 billion on electricity and fuel in 2008 alone." Despite clearly stated responsibilities to protect and improve the quality of life for all Americans, Defendants, and each of them, are actually contributing, actively and passively, to a serious threat to individual and national security.

## V. FACTS GIVING RISE TO PLAINTIFFS' CLAIMS

### A. THE PUBLIC TRUST DOCTRINE

63. Plaintiffs bring this action to enforce mandatory duty of Defendants, and each of them, under the Public Trust Doctrine. The Public Trust Doctrine requires Defendants, and each

15

1   of them, to hold vital natural resources in "trust" for present and future generations of its citizens.

2   These resources are so vital to the well-being of our people that they must be protected by

3   distinctive, long-standing judicial principles. As the Supreme Court has stated on numerous

4   occasions, "the police power embraces regulations designed to promote public convenience or the

5   general welfare, and not merely those in the interest of public health, safety, and morals."

6   *Nashville, Chattanooga & St. Louis Railway v. Walters*, 294 U.S. 405, 429 (1935). The

7   atmosphere, including the air, is one of the crucial assets protected by the Public Trust Doctrine.

8   The Public Trust imposes a duty on Defendants, and each of them, to affirmatively preserve and

9   protect our nation's trust assets from damage or loss, and not to use our nation's trust assets in a

10  manner that causes injury to the trust beneficiaries, present and future. The sovereign trustee has

11  an affirmative fiduciary duty to prevent waste, to use reasonable skill and care to preserve the

12  trust property, and to maintain trust assets.

13      64.     The sovereign's fiduciary duty in this instance is defined by scientists' concrete

14  prescriptions for carbon reductions. Scientists have clearly expressed the minimum carbon

15  dioxide reductions needed to restore Earth's climate equilibrium, and the requisite timelines for

16  implementation of those reductions. Defendants, and each of them, may not disclaim their

17  fiduciary duty and are subject to an ongoing mandatory duty to preserve and protect these

18  resources.

19      **B.     EARTH'S ATMOSPHERIC CLIMATE EMERGENCY**

20      65.     Global heating is significantly and adversely impacting Earth's climate. Although

21  some degree of global heating is a normal natural phenomenon, the trend of global heating in the

22  past several decades has occurred largely as a result of human activities that release heat-trapping

23  greenhouse gases and intensify Earth's natural greenhouse effect, at an accelerated rate, thereby

24  changing Earth's climate. This abnormal climate change is unequivocally human-induced, is

25  occurring now, and will continue to occur unless drastic measures are taken to curtail it. Human

26  made climate change is damaging natural and human systems, and, if unrestrained, will threaten

27  our planet's habitability for humans as well as countless other species. According to Defendant

28  DOI, "climate change is affecting every corner of the American continent."

16

**COMPLAINT**

66. According to Defendant EPA, "greenhouse gases in the atmosphere may reasonably be anticipated both to endanger public health and to endanger public welfare." In April 2009, the EPA further stated "[t]he evidence points ineluctably to the conclusion that *climate change is upon us* as a result of greenhouse gas emissions, that *climate changes are already occurring that harm our health and welfare, and that the effects will only worsen over time in the absence of regulatory action.*"

### C.  HOW HUMANITY HAS CHANGED EARTH'S CLIMATE SYSTEM

67. Human beings have lived on Earth for the last 12,000 years, during which time human civilization has developed – i.e., Earth's atmospheric amounts of GHGs, including $CO_2$ and water vapor, were "just right" to maintain the climate we have enjoyed for thousands of years. Earth's atmosphere has far lower GHG levels than those of Venus, which is too hot, and more than those of Mars, which is too cold, for life that has developed on this planet. Moreover, during these 12,000 years, coastlines, sea levels, and global average temperatures have remained relatively constant, allowing the development of ports and commerce, as well as large-scale agriculture.

68. GHGs in the atmosphere act somewhat like a blanket over Earth in preventing some of the heat emitted by the surface from escaping to space. More GHGs in the atmosphere mean more heat being retained on Earth, with less radiating out to space. Without this greenhouse effect, the global average surface temperature of our planet would be about 0°F (-8°C) instead of 59°F (15°C). Scientists have understood this basic mechanism of global energy balance since the mid-nineteenth century.

69. Since the pre-industrial period, human beings have significantly altered the chemical composition of Earth's atmosphere and its climate system. We have changed the atmosphere and its climate system by engaging in activities that produce or release GHGs into the atmosphere –burning fossil fuels, driving cars, raising livestock on an industrial scale, and cutting down forests. Although much excess $CO_2$ is absorbed by the oceans and by plants (chiefly forests), the increase of GHG concentrations resulting from historic and current human activities has altered Earth's ability to maintain the delicate balance of the energy it receives from the sun

17

**COMPLAINT**

1    and radiates back into space. This human-induced global energy imbalance has caused most of

2    the global warming over the last approximately 50 years.

3        70.    Current $CO_2$ concentration in our atmosphere is 390 ppm (compared to the pre-

4    industrial concentration of 280 ppm). Current atmospheric $CO_2$ concentrations are likely the

5    highest in at least 800,000 years.

6        71.    Concentrations of other GHGs in the atmosphere have also increased from human

7    activities. Atmospheric concentrations of methane ($CH_4$), for example, have increased nearly

8    150% since the pre-industrial period, and they too are higher than at any time in at least the last

9    800,000 years. Concentrations of nitrous oxide ($N_2O$) have also increased.

10       72.    We not only continue to add GHGs into the atmosphere at a rate that outpaces their

11   removal through natural processes, but the current and projected $CO_2$ increase, for example, is

12   about a hundred times faster than has occurred over the past 800,000 years.

13       73.    This increase must be considered in light of the lifetime of GHGs in the

14   atmosphere. In particular, a substantial portion of every ton of $CO_2$ emitted by humans persists in

15   the atmosphere for as long as a millennium or more. The concentrations of GHGs in the

16   atmosphere therefore are the cumulative result of historic and current emissions.

17   **D.**    **EARTH IS GETTING TOO HOT TOO FAST DUE TO HUMAN**

18        **ACTIVITIES**

19       74.    Climate refers, among other things, to temperature, precipitation, and wind

20   patterns that occur over multiple years, decades, centuries, or longer. Climate is different from

21   weather and does not typically vary in a short time (e.g., under a year) unless something abruptly

22   forces such a change – such as unusually large volcanic eruptions that darken the sky and block

23   out the sun's heat. Humans have become the "primary driver" of climate change. These changes

24   are observable. Climate change we are experiencing now is unique because it not only is due to

25   human causes but is occurring much faster than was ever anticipated.

26       75.    Human made climate change is a unique problem because it now threatens the

27   integrity of the biosphere in which human life and civilization has developed. Left unchecked,

28   human made climate change is putting our human civilization at risk. Observations over recent

18

**COMPLAINT**

1   years, evidence of Earth's past climate, well-established scientific principles, and the results of

2   sophisticated models of climate all point to changes caused by the warming of our planet that will

3   detrimentally impact all aspects of our life, including not just the environment and human health

4   and welfare, but commerce and the world economy, military security and the stability of

5   governments everywhere.  Warming will further make many problems, such as global and

6   societal inequality, worse, because its impacts will fall unequally both geographically and

7   socioeconomically.

8       76.    One key observable change is the rapid increase in recorded global surface

9   temperatures over the past several decades.  As a result of increased atmospheric GHGs from

10   human activities, based on fundamental scientific principles, Earth has been warming at an

11   accelerated rate.  Those increased concentrations of GHGs in our atmosphere, primarily $CO_2$,

12   have raised global surface temperature by 1.4°F (0.8°C) over the industrial era (the last hundred

13   to hundred fifty years).  In the last thirty years, the acceleration of change has intensified as Earth

14   has been warming at a rate about three times faster than that over the last hundred years.  This is a

15   known fact based on thermometer readings from around the globe that date from the 1800s, as

16   well as data recently gathered by satellites.

17       77.    Because of year-to-year variations in these thermometer readings, as with daily

18   readings, scientists compare temperature differences over multiple decades to determine patterns.

19   Using this decadal scale, the surface of the planet has warmed at a rate of roughly 0.3 to 0.4°F

20   (0.15 to 0.2°C) per decade since the late 1970s.  As a result of this accelerated global warming,

21   Earth is now within 1.8°F (1°C) of its highest temperature in the past million years.

22       78.    The dramatic increase of 1.4°F (0.8°C) in the average global surface temperature

23   over the industrial era is alarming.  By comparison, the global surface temperature during the last

24   Ice Age was about 9°F (5°C) cooler than today.  In contrast to daily *ambient* temperatures, which

25   can easily vary as much as 15°F, the average global surface temperature had remained relatively

26   stable for the last 12,000 years, during which period human civilization developed, until it began

27   a sudden climb.

28

19

**COMPLAINT**

79.     The IPCC has observed that "[w]arming of the climate system is unequivocal." The NAS, the Science Academies of eleven nations, and the first Synthesis and Assessment Product of the U.S. Climate Change Science Plan corroborate the IPCC's fundamental conclusion, as does every relevant professional scientific society both in the United States and throughout the world.

80.     Consistent with this expected warming, two of the last ten years (2005 and 2010) rank as the warmest years since 1850, when continuous temperature measurements began to be recorded (which is called the period of instrumental records).  A small rise in global average ambient temperature, like the rise in a baseball team's batting average, can be the result of many small changes (all 25 players lift their average by .002 percentage points), or some small changes and a few very large changes (ten players increase by. 0025 and one player gets hot and raises his average by .025 points.)   Similar scenarios are happening to our Earth.  More than a dozen nations experienced record high temperatures the summer of 2010.  For the first time in the period of instrumental records, Moscow, Russia, experienced temperatures in excess of 100°F.  Several regions of our nation also experienced unusual summertime heat waves last year.  Notably, these record-breaking temperatures occurred during a period of minimum solar heating.   In addition to higher extreme temperatures, spring is coming earlier to many regions and winter is coming later.  Eight of the ten warmest years during the period of instrumental records occurred since 2001.  Warming has been greatest in the polar regions and at higher altitudes.

**E.      OTHER SIGNS VERIFY THE ATMOSPHERE'S CLIMATE SYSTEM IS WARMING ALARMINGLY FAST**

81.     Direct temperature readings are not the only signs of this abnormal interdecadel global warming trend.  Changes in many different aspects of Earth's climate system over the past century are consistent with this warming: based on straightforward scientific principles, human-induced GHG increases lead not only to land surfaces warming, but also to warming oceans, warming subsurface (i.e., Earth's upper crust), increased atmospheric moisture levels, rises in the global sea level, and changes in rainfall and atmospheric air circulation patterns that affect water and heat distribution.

**COMPLAINT**

1

### 1. WARMING OCEANS

2     82.   As expected, consistent with the temperature increases in land surfaces, global

3 average ocean temperatures have increased. The mean global sea surface temperature is about

4 0.6°F (0.35°C) higher than the base line for the period 1961 to 1990. In addition, the most

5 efficient indicator of our planet's energy imbalance due to human-induced GHG increases is the

6 long-term increase in global average ocean heat content over the last 50 years, extending down to

7 several thousand meters below the ocean surface.

8

### 2. CHANGING PRECIPITATION PATTERNS

9     83.   As expected, precipitation patterns have changed due to increases in atmospheric

10 moisture levels and changes in atmospheric air circulation patterns, yet another indicator that

11 Earth is warming. With further global warming, moisture levels are expected to increase further

12 because warmer air generally holds more moisture. In more arid regions, however, higher

13 temperatures generally lead to greater net evaporation, i.e. exacerbation of the aridity.

14     84.   These changes in Earth's water cycle increase the potential for, and severity of,

15 severe storms, flooding and droughts. Storm-prone areas are already experiencing a greater

16 chance of severe storms, and this will continue. Even in arid areas precipitation may fall all at

17 once and cause flash flooding, followed by drought.

18     85.   We have seen such changes already. Droughts in parts of the western and

19 southwestern United States have increased in frequency and severity within the last fifty years,

20 coincident with rising temperatures. In 2009, more than half of the United States received above

21 normal precipitation; yet the southwestern United States, Arizona in particular, had one of its

22 driest periods. In addition, the frequency and intensity of the heaviest rainfall has increased

23 substantially in our nation over the last 50 years, most strikingly in the Northeast.

24     86.   Based on the laws of physics and the past climate record, scientists have concluded

25 that precipitation events will increase globally, particularly in tropical and high latitude regions,

26 while decreasing in subtropical and mid-latitude regions, with longer periods between normal

27 heavy rainfalls.

28

**COMPLAINT**

87.     Other changes consistent with climate modeling resulting from human-induced global warming have been observed, not just in the intensity and frequency of precipitation, but also in the type of precipitation. In higher altitude and latitude regions, including in mountainous areas, more precipitation is falling as rain rather than snow. With early snow melt occurring because of human made climate change, the reduction in snowpack has already resulted in water shortages in some areas. In other areas, the reverse is true. In Northern Europe and the northeastern United States, a change in air currents caused by the warming Arctic brought severe snowstorms both in 2009-2010 and in 2010-2011.

### 3. RISING SEA LEVELS

88.     As expected, global sea levels have also risen. Sea levels have been rising at an average rate of 3.26 millimeters per year based on measurements from 1993 to present. Global average sea level rose about 17 centimeters (6.7 inches) in the last century; within the last decade, however, that rate nearly doubled. Rising seas, brought about by melting of polar icecaps, glaciers, and ice sheets, as well as by thermal expansion of the warming oceans, have already caused flooding in low-lying areas.   The combination of rising sea levels and more severe storms greatly increases the odds of severe storm surges at high tides in coastal communities that can overwhelm coastal defenses such as levees and sea walls, as happened with Hurricane Katrina.

89.     Sea level is not uniform across the globe, but depends on such things as ocean temperature and currents and land movements. Ocean currents and differences in sea surface temperatures will also result in different sea level impacts in different parts of the world because of the lay of the land. Most vulnerable are low-lying islands, river deltas, and areas that already lie below sea level because of land subsidence. Based upon these factors, scientists have concluded that the threats to the United States from rising seas are the most severe on the Gulf and Atlantic Coasts. Worldwide hundreds of millions of people live in river deltas and vulnerable coastlines along the southern and western coasts of Asia where rivers draining the Himalaya flow into the Indian and Pacific Oceans. Although sea level rise projections are still fairly uncertain, in a comprehensive review of studies on sea level rise in the 21st century published by the British Royal Society, researchers estimated the probable sea level rise in this century at between .5 and

1   2 meters (1 ½ to 6 ½ feet), continuing to rise for several centuries after that, depending on future

2   $CO_2$ levels and the behavior of polar ice sheets.

3       90.     In past periods of Earth's history, global warming led to major losses of ice in

4   Greenland and Antarctica.  This knowledge provides a basis for scientists to estimate the amount

5   of sea level rise under similar surface temperature and $CO_2$ conditions.

6       **4.  MELTING GLACIERS, ICE SHEETS, AND SEA ICE**

7       91.     As expected, mountain glaciers, which are the source of freshwater for hundreds of

8   millions of people, are receding worldwide because of warming temperatures.  Today, Glacier

9   National Park in Montana has only twenty five glaciers larger than twenty five acres, down from

10  150 in 1850. The year 2009 marked the 19th consecutive year in which glaciers lost mass in both

11  hemispheres.  Mountain glaciers are in retreat all over the world, from Mt. Kilimanjaro in Africa

12  to the Himalaya to the Alps (99% in retreat) to the glaciers of Peru and Chile (92% in retreat) to

13  the United States.  In the Brooks Range of northern Alaska all of the glaciers are in retreat and in

14  southeastern Alaska 98 percent are in retreat.

15      92.     Though a minor contribution to sea level rise so far, the melting of mountain

16  glaciers is particularly serious in areas that rely on snow melt for irrigation and drinking water

17  supplies.  In effect, a large snow pack or glacier acts as a supplemental reservoir or water tower,

18  holding a great deal of water in the form of ice and snow through the winter and spring and

19  releasing it in summer when rainfall is lower or absent. The water systems of the western United

20  States (particularly California) and the Andean nations of Peru and Chile, among other places,

21  rely heavily on such natural forms of water storage.  In addition to providing a more reliable

22  water supply, the storing of precipitation as ice and snow helps moderate potential flooding.  By

23  contrast, as temperatures warm not only will such areas lose this supplemental storage, but rain

24  falling on snow accelerates the melting of glaciers and snow packs, often causing severe flooding.

25  Ice is melting most dramatically at the poles.  Temperatures in both the Arctic and Antarctica

26  have risen substantially faster than the global average in recent decades, and this temperature rise

27  has caused massive melting of glaciers and sea ice.  Beginning in late 2000, the Jakobshavn

28  Isbrae Glacier, which has a major influence over the mass of the Greenland ice sheet, lost

                                        23
                                    **COMPLAINT**

1   significant amounts of ice.  In August of 2010, an enormous iceberg roughly ninety-seven square

2   miles in size, broke off from Greenland.  Nine Antarctic ice shelves have also collapsed into

3   icebergs in the last fifty years, six of them since 1996.  An ice shelf roughly the size of Rhode

4   Island collapsed in 2002, and an ice bridge collapsed in 2009, leaving an ice shelf the size of

5   Jamaica on the brink of breaking apart.  The 2002 collapse of the Larsen B Ice Shelf, which had

6   existed for at least 11,000 years, was "unprecedented in respect to both area and time."  The

7   "sudden and complete disintegration" of the Larsen B Ice Shelf took a mere 35 days.

8          93.    During the peak of the 2007 melt season (September), the extent of Arctic sea ice

9   (frozen ocean water) declined precipitously to its lowest level since satellite measurements began

10   in 1979.  Although the extent of Arctic sea ice was higher in September, 2010 than in September,

11   2007, in November 2010 new ice stopped forming as the Arctic underwent a warming period.  By

12   the end of 2010 Arctic sea ice was at the lowest level in the satellite record for December.

13          94.    Arctic sea ice plays an important role in stabilizing the global climate, because it

14   reflects back to space much of the solar radiation that the region receives.  (In contrast, open

15   ocean water absorbs much more heat from the sun, thus amplifying human-induced warming.  As

16   sea ice melts and is replaced by ocean water during the 24-hour Arctic summer, warming will

17   further increase.)

18          95.    Scientists have also documented an overall trend of sea-ice thinning and

19   replacement of older ice with less resilient, younger ice.  The year 2010 also marked a record low

20   spring snow cover in the Arctic since satellite observations began in 1966.

21          96.    Similarly, there has been a general increase in permafrost (frozen ground)

22   temperatures and permafrost melting in Alaska and other parts of the Arctic, particularly in the

23   last five years.   Scientists working in Siberia have documented substantial methane releases as

24   the permafrost melts.  Because the Arctic permafrost region contains about twice as much carbon

25   as in the atmosphere, scientists believe and are concerned that melting of the permafrost may

26   release methane that will further increase global warming to even more dangerous levels.

27   Changes in these different aspects of Earth's climate system over the last century tell a coherent

28   story: the impacts we see today are consistent with scientific understanding of how the climate

24

**COMPLAINT**

1   system should respond to GHG increases from human activities and how Earth has responded in

2   the past as reflected in such evidence as ice cores that have trapped air from hundreds of

3   thousands years ago, tree rings and seabed sediments that show where sea level was thousands

4   and even millions of years ago.  Collectively, these changes cannot be explained as the product of

5   natural climate variability or a tilt in Earth's axis alone.  A large human contribution provides the

6   best explanation of observed human made climate changes.

7          97.     These well-documented and observable impacts from the changes in our climate

8   system show us that the current level of atmospheric GHGs (predominately $CO_2$) has already

9   taken the planet into a danger zone.

10         **5.   <u>HUMAN MADE CLIMATE CHANGE HURTS PUBLIC WELFARE AND WILL RESULT IN</u>**

11              **<u>UNIMAGINABLE CONSEQUENCES IF OUR GOVERNMENT DOES LITTLE OR NOTHING</u>**

12         98.     Earth will continue to warm in reaction to concentrations of $CO_2$ from past

13   emissions as well as future emissions.  Warming already in the pipeline is mostly attributable to

14   climate mechanisms that slowly heat the climate system in response to atmospheric $CO_2$.  We are

15   already committed to more warming, which is why we need to quickly reduce $CO_2$ emissions to

16   slow the rate of warming and draw down $CO_2$ concentrations from the atmosphere by protecting

17   carbon sinks and reforesting the planet. This lag between GHG increases and climate warming,

18   along with the very long lifetime of $CO_2$ in the atmosphere, demands that emissions reductions

19   begin immediately in order to minimize future human-induced warming.

20         99.     Our oceans play a significant role in keeping our atmospheric climate in the safe-

21   zone.  Oceans constantly absorb $CO_2$ and release it to the atmosphere, maintaining a balance.

22   Because we now release so much $CO_2$, oceans have absorbed about one-third of the $CO_2$ emitted

23   from human activity over the past two centuries.  This capacity has slowed global warming, but at

24   a cost: the added $CO_2$ has changed the chemistry of the oceans, causing the oceans' average

25   surface pH (a measurement of hydrogen ions) to drop by an average of .11 units.  Although this

26   drop may seem relatively small, the pH scale is logarithmic, so that a reduction of only one unit

27   means the solution has in fact become ten times more acidic.  A drop of .1 pH units means that

28   the concentration of hydrogen ions in sea water has gone up by 30 percent in the past two

**COMPLAINT**

1    centuries. If $CO_2$ levels continue to rise to 500 ppm, we could see a further drop of .3 pH units by

2    2100.

3         100.    Ocean acidification harms animals that use calcium to build their shells, as well as

4    single-celled organisms that are an essential part of the marine food chain. Harm occurs because

5    the acidified waters affect the structural integrity and survival of shell-building marine organisms

6    such as corals and shellfish by effectively robbing them of the key chemical (carbonate ion)

7    needed to build their skeletons. It also adversely impacts some kinds of algae and one-celled

8    organisms that use calcification processes for survival. Some of these organisms make up

9    features such as the White Cliffs of Dover. Coral reefs are major habitats for ocean fauna, and

10    calcifying algae and plankton are key components of the marine food chain. "The availability of

11    carbonate is also important because it controls the maximum amount of $CO_2$ that the ocean is able

12    to absorb."

13         101.    About 55 million years ago, the oceans absorbed a large amount of $CO_2$, likely due

14    to a release of methane from the ocean floor (which eventually was chemically converted to $CO_2$

15    in the atmosphere) that caused Earth's temperatures to rise several degrees and led to the

16    extinction of many species worldwide. The absorption of so much $CO_2$ also led to the death of

17    calcifying organisms at the seafloor. It took over 100,000 years for the ocean to regain its normal

18    alkalinity. The current of level of $CO_2$ (which is far lower than it was 55 million years ago) being

19    taken in by the oceans already decreases the ability of coral and other calcium-based marine life

20    to produce their skeletons, affecting the growing of coral and thus coral reefs. Other marine life,

21    such as algae, also exhibit a reduced growing ability. "Many of these organisms are important

22    components of the marine food web." Ocean acidification can thus massively disrupt the food

23    chain, give non-calcium based creatures a competitive advantage, and limit the geographic reach

24    of calcium based creatures. In experiments, coral reef organisms have not demonstrated an

25    ability to adapt to decreasing carbonate saturation state. Finally, this disruption to the food web

26    could substantially alter the biodiversity and productivity of the ocean.

27         102.    Another effect of warming of the oceans is the bleaching of corals. Corals contain

28    tiny algae that provide them with food and that accounts for their color. When the oceans warm,

**COMPLAINT**

the algae give off a toxin, and the corals, in order to survive the toxin, expel the algae, bleaching the coral. If the water temperature does not fall enough to permit algae to survive within the coral without releasing the toxin, the corals will eventually die. There have been several severe episodes of coral bleaching in recent years. With continued warming, the coral may not be able to survive.

103. Changes in water supply and water quality will also impact agriculture in the United States. All crops have upper and lower limits beyond which seeds will not germinate. Additionally, increased heat and associated issues such as increased pests, crop diseases, and weather extremes (including drought) will impact crop and livestock production and quality. For example, human made climate change in the nation has produced warmer summers, enabling the mountain pine beetle to produce two generations of beetles in a summer, where it had previously only been able to produce one; in Alaska, the spruce beetle is maturing in one year where it had previously taken two years. The expansion of the forest beetle population has killed millions of hectares of trees across the United States and Canada and caused millions of dollars in loss from lost timber and tourism revenue.

104. Glacial and ice cap melting is a major cause of global sea level change. When glaciers and ice caps melt, this melting adds water to the oceans. The other main cause is that as ocean water warms, it expands and therefore takes up more space; ocean warming "has been observed in each of the world's major ocean basins, and has been directly linked to human influences."

105. Quantifying future sea level rise remains highly uncertain, although there is overwhelming scientific consensus that the rise per se will continue and will be significant. The IPCC estimates a 0.6-meter rise in sea level by 2100 under a worst-case scenario that does not include contributions from the accelerated flow of major ice sheets. Some scientists predict a 2-meter rise in sea level by 2100 if present trends continue. Today, rising sea levels are submerging low-lying lands, eroding beaches, converting wetlands to open water, exacerbating coastal flooding, and increasing the salinity of estuaries and freshwater aquifers. The impacts of rising sea levels can be seen in many coastal locations across the nation. Along the Florida coast for

27

**COMPLAINT**

1    instance, sea level is rising about 2.5 centimeters (1 inch) every 11-14 years. This seemingly

2    small rise in ocean levels is contributing to massive erosion, causing many homeowners to

3    remove beach front property, and causing a decline in the recreational value of beaches. The

4    Florida Everglades are also being impacted; as sea levels rise, salt water advances inland and kills

5    many Everglade plant species, which also destroys the habitat value of swamplands for many

6    species. Other states such as Maryland and Louisiana are also experiencing wetland loss due to

7    rising sea levels. Scientists have predicted that wetlands in the Mid-Atlantic region of the United

8    States cannot withstand a 7 millimeter per year rise in sea levels.

9         106.   Human-caused fossil fuel burning and the resulting climate change are already

10   contributing to an increase in asthma, cancer, cardiovascular disease and stroke, heat-related

11   morbidity and mortality, foodborne diseases, and neurological diseases and disorders.

12        107.   As the 2010 Russian summer heat wave graphically demonstrated, excessive and

13   sustained heat destroys crops, triggers wildfires, exacerbates air pollution, and causes increased

14   illness and death. Similar impacts are occurring across the United States: the number and

15   frequency of forest fires and insect outbreaks are increasing in the interior West, the Southwest,

16   and Alaska. Precipitation, streamflow, and stream temperatures are increasing in most of the

17   continental United States. The western United States is experiencing reduced snowpack and

18   earlier peaks in spring runoff. The growth of many crops and weeds is being stimulated.

19   Migration of plant and animal species is changing the composition and structure of arid, polar,

20   aquatic, coastal, and other ecosystems. Wildfires in the western United States have quadrupled in

21   recent years, a result of hotter temperatures and earlier snowmelt that contributes to dryer soils

22   and vegetation.

23        108.   Similarly, human made climate change is already causing and will continue to

24   cause more frequent extreme and costly weather events such as hurricanes. The annual number

25   of major tropical storms and hurricanes has increased over the past 100 years in North America,

26   coinciding with increasing temperatures in the Atlantic sea surface.

27        109.   Human-induced climate change also raises national security concerns, as climate

28   change will add to tensions even in stable regions of the world. Our nation may experience an

1    additional need to accept immigrant and refugee populations as droughts increase and food

2    production declines in other countries. Increased extreme weather events such as hurricanes will

3    also present an increased strain on foreign aid and call for military forces. For instance, by 2025,

4    40 percent of the world's population will be living in countries experiencing significant water

5    shortages, while sea-level rise could cause displacement of tens or even hundreds of millions of

6    people.

7        110.   Paleoclimate (Earth history) data provide sobering evidence that major human

8    made climate change can occur in decades, and the consequences would be much more severe,

9    and even disastrous, if a 2°C (3.6°F) change above pre-industrial levels occurs over decades

10    rather than hundreds of years.

11        111.   There are at least three reasons the present, human-induced global warming is

12    particularly significant.

13        112.   *First*, past global warming/cooling of a similar magnitude occurred before human

14    civilization.

15        113.   *Second*, global warming is happening far more rapidly than in many past times,

16    giving both humans and other forms of life only short (and therefore infeasible) time to adapt to

17    the changes. Human civilization, and the crops and foods on which it depends, have developed

18    within a very narrow set of climatic conditions. With human population so large, with

19    civilization so complex, centered around coastal cities and dependent on water supplies fed by

20    distant ice and snow melt, and with the great disparities in wealth between and within countries

21    and regions, we will find it nearly impossible to adapt to all of the human made climate change

22    impacts in the quick time-frame in which they will occur.

23        114.   *Third*, and perhaps most important, the climate change we are now experiencing is

24    caused largely by human activity. This means that unlike with respect to past climate change

25    events, by changing our activities humans can mitigate or even reverse this warming before it

26    causes catastrophic and irreversible effects. Stopping, or at least greatly curtailing, the activities

27    that discharge greenhouse gases into the air, primarily burning of fossil fuels and deforestation,

28    and encouraging activities such as reforestation that remove $CO_2$ from the atmosphere, can

1   greatly reduce and even end global warming and its accompanying consequences within the

2   lifetimes of today's children.

3       **6.   REMEDYING PLAINTIFFS' INJURIES BY RESTORING THE ATMOSPHERE AND EARTH'S**

4           **NATURAL SYSTEMS**

5       115.   Our climate system continues to be harmed at an alarming rate, all to the detriment

6   of Earth as we know it.  The atmosphere already contains excessive concentrations of $CO_2$.

7   Continued greenhouse gas pollution by any nation on Earth, including the United States, will

8   continue to waste this commonly held asset.

9       116.   To protect Earth's climate for future generations, we must restore Earth's energy

10  balance.  The best available science shows if the planet once again sends as much energy into

11  space as it absorbs from the sun, this will restore the planet's climate equilibrium. Scientists have

12  accurately calculated how Earth's energy balance will change if we reduce long-lived greenhouse

13  gases such as carbon dioxide.  Humans are currently causing a planetary energy imbalance of

14  approximately one-half watt per square meter.  We would need to reduce atmospheric

15  concentrations of carbon dioxide by 35 to 40 ppm to increase Earth's heat radiation to space and

16  return its energy balance, if other long-lived gases stay the same as today. That reduction would

17  make atmospheric carbon dioxide amount to about 350 ppm.

18      117.   The best available science also shows that to protect Earth's natural systems,

19  average global peak surface heating must not exceed 1° C this century.  To prevent global heating

20  greater than 1° C, concentrations of atmospheric $CO_2$ must decline to less than 350 ppm within

21  this century.  However, today's atmospheric $CO_2$ levels exceed 389 ppm and are rising.

22      118.   The best available science also concludes that to protect Earth's oceans -- an

23  essential harbor of countless life forms and absorber of GHGs, or "GHG sink" -- atmospheric

24  $CO_2$ levels must be reduced to 350 ppm or lower.

25      119.   Atmospheric $CO_2$ levels are currently on a path to reach over 400 ppm by <u>2020</u>.

26  Absent immediate action to reduce $CO_2$ emissions, atmospheric $CO_2$ could reach levels as high as

27  about 1000 ppm and a temperature increase of up to 5° F by <u>2100</u>.  Life as we know it is

28  unsustainable at these levels.

**COMPLAINT**

120.    Even if $CO_2$ emissions were instantaneously halted – i.e., if fossil fuel emissions and deforestation were abruptly terminated in 2011 -- it would still take until around 2060 before $CO_2$ levels would decline to below 350 ppm.  If global fossil fuel $CO_2$ emissions continue to grow at the rate of the past decade (about two percent per year) up until the time that emissions are terminated, and termination does not occur until 2030, when $CO_2$ levels have reached over 450 ppm, $CO_2$ would not return to 350 ppm until about 2250.  With a 40-year delay (to 2040), $CO_2$ levels would surpass 500 ppm, and would not return to 350 ppm until after year 3000.

121.    Even restoring the planet's energy balance will not immediately stop sea level rise that is in the pipeline, but it would help keep that rise relatively under control.  It would also prevent human made climate change from becoming a huge force for species extinction and ecosystem collapse.  Up to 30 per cent of the millions of species on our planet could go extinct following just a few tenths of a degree warming above present.

122.    Defendants have the present ability to curtail the environmental harms detailed above.  Atmospheric $CO_2$ will decrease if people stop or greatly reduce the burning of fossil fuels. $CO_2$ emitted into the atmosphere by burning fossil fuels is slowly distributed among other surface reservoirs, especially the ocean.  Carbon cycle models can simulate how rapidly the fossil fuel $CO_2$ injection is removed from the atmosphere and distributed among the other carbon reservoirs such as the oceans and forests.  Although most of the $CO_2$ is removed by natural processes, after 500 years almost one-fifth of the fossil fuel increment to atmospheric $CO_2$ will still be in the air. Because of this persistence, it is imperative to reduce $CO_2$ emissions immediately, with substantial reductions at the earliest possible time.  Any more delay risks irreversible and unacceptable consequences for generations to come.

123.    Fossil fuel emissions must decrease rapidly if atmospheric $CO_2$ is to be returned to a safe level in this century.  Improved forestry and agricultural practices can provide a net drawdown of atmospheric $CO_2$, primarily via reforestation of degraded lands that are of little or no value for agricultural purposes, returning us to 350 ppm somewhat sooner.  However, the potential of such measures is limited.  Drawdown of atmospheric $CO_2$ via reforestation is

31

**COMPLAINT**

1   essential for the purpose of getting atmospheric $CO_2$ down to a safe level. However, reforestation

2   alone will not be sufficient, and must be accompanied by a phase down of fossil fuel emissions.

3       124.    The failure to act promptly to reduce $CO_2$ emissions will not only increase the

4   costs of future reductions, it will have irreversible adverse effects on Plaintiffs and all future

5   generations, as detailed above.

6       125.    To have the best chance of reducing the concentration of $CO_2$ in the atmosphere to

7   350 ppm by the end of the century and avoid heating over 1 degree Celsius over pre-industrial

8   temperatures, the best available science concludes that atmospheric carbon dioxide emissions

9   need to peak in 2012 and then begin to decline at a global average of 6% per year through 2050

10  and 5% per year through 2100. In addition, carbon sequestering forests and soils must be

11  preserved and replanted to sequester an additional 100 gigatons of carbon through the end of the

12  century. However, if CO2 emissions continue to rise until 2020, CO2 emissions must decline by

13  12% per year to reach 350 ppm by the end of the century. The sooner Defendants take the

14  necessary action to draw down the excessive CO2 from the atmosphere and to fulfill their Public

15  Trust responsibilities, the easier these reductions will be.

16      126.    According to the principle of common but differentiated responsibilities of nations,

17  the United States bears a significant share of carbon reductions. To prevent the environmental,

18  economic, societal, health, and aesthetic injuries detailed herein, the United States must reduce its

19  emissions by the greatest extent feasible and at least the global average of 6% per year.

20      127.    Even if the United States eliminated all of its GHG emissions, it would not be able

21  to reduce its fair share of GHGs resulting from its historic emissions. In order to take on its fair

22  share of emissions reductions, the United States would also need to help other sovereign nations,

23  with limited economic and technological resources, to reduce their GHG emissions and protect

24  and restore their carbon sequestering forests.

25      128.    A zero-$CO_2$ U.S. energy system can be achieved within the next thirty to fifty

26  years without acquiring carbon credits from other countries. In other words, actual physical

27  emissions of $CO_2$ from fossil fuels can be eliminated with technologies that are now available or

28  reasonably foreseeable. This can be done at reasonable cost by eliminating fossil fuel subsidies

**COMPLAINT**

1   and creating annual and long-term $CO_2$ reduction targets.  Net U.S. oil imports can be eliminated

2   in about 25 years, possibly less.  The result will also include large ancillary health benefits from

3   the significant reduction of most regional and local air pollution, such as high ozone and

4   particulate levels in cities, which is mainly due to fossil fuel combustion.

5          129.    The approaches to transition to a renewable energy system and to phase out fossil

6   fuels by about 2050 include:   A single national cap on fossil fuel use that declines to zero by

7   2050 or a gradually rising carbon tax with revenues used to promote a zero-CO2 emissions

8   energy system and to mitigate adverse income-distribution effects; increasingly stringent

9   efficiency standards for buildings, appliances, and motor vehicles; elimination of subsidies for

10  fossil fuels, nuclear energy, and biofuels from food crops coupled with investment in a vigorous

11  and diverse research, development and demonstration program (including smart grid and storage

12  technologies, electrification of transportation, stationary fuel cells for combined heat and power,

13  biofuels from aquatic weeds like microalgae, use of aquatic weeds like microalgae in integrated

14  gasification combined cycle plants, and use of hydrogen-fueled passenger aircraft); banning new

15  coal-fired power plants; adoption of a policy that would aim to have essentially carbon-free state,

16  local, and federal governments, including almost all of their buildings and vehicles by 2030; and

17  adoption of a gradually increasing renewable portfolio standard for electricity until it reaches 100

18  percent by about 2050.

19  **VI.      PLAINTIFFS' CLAIMS FOR RELIEF**

20              **CLAIM I: VIOLATIONS OF THE PUBLIC TRUST DOCTRINE**

21          130.    Plaintiffs hereby reallege and incorporate all of the preceding paragraphs.

22          131.    The United States, as a sovereign nation, has a duty as trustee to protect natural

23  resources under the Public Trust Doctrine.  The Public Trust Doctrine is an attribute of

24  sovereignty that cannot be abrogated.  As long as the sovereign exists, so do the sovereign's

25  duties under the Public Trust Doctrine.

26          132.    Defendants, and each of them, as agencies and officers of the federal government,

27  are subject to fiduciary duties under the Public Trust Doctrine as trustee of the natural resources

28  of the United States, including our atmosphere in its ambient or interstate aspects.

**COMPLAINT**

133.    Defendants, and each of them, are trustees of Public Trust resources including the atmosphere pursuant to the Due Process Clauses of the 5th and 14th Amendments to the Constitution of the United States.

134.    Defendants, and each of them, are trustees of the Public Trust resources including the atmosphere pursuant to Equal Protection principles of the 14th Amendment to the Constitution of the United States.

135.    Defendants, and each of them, are trustees of Public Trust resources including the atmosphere pursuant to the Commerce Clause of the Constitution of the United States.

136.    Defendants, and each of them, are trustees of Public Trust resources pursuant to statutory provisions committing to the people of the United States that the United States government will hold natural resources in trust for the benefit of the people.

137.    The United States government is a co-tenant sovereign trustee of the atmosphere and shares a duty with other co-tenant sovereigns, including Tribal Nations, to protect the atmosphere as the trust asset and prevent its waste or harm for the benefit of the people, including Plaintiffs and future generations of citizens.

138.    As a co-tenant sovereign trustee, the federal government has an interest independent of and behind the titles of its citizens, in all the earth and air within its domain, particularly as necessary to maintain its affirmative and ongoing duty to protect Public Trust assets.

139.    Defendants, and each of them, have allowed, facilitated, and contributed to the waste of trust assets and otherwise failed to preserve and protect these assets, including the atmosphere, by allowing it to become polluted with high levels of human-caused $CO_2$.

140.    Defendants, and each of them, have wasted and failed to preserve and protect the atmosphere Public Trust asset, and have caused and will continue to cause imminent injuries as described above, from increased greenhouse gas emissions, global heating, and adverse impacts to natural and other resources.

141.    Defendants, and each of them, have injured Plaintiffs by failing to protect the atmosphere as a Public Trust asset.

34

**COMPLAINT**

142.    By allowing or facilitating the waste of the atmosphere as a commonly shared Public Trust asset, Defendants, and each of them, have caused injuries that are irreparable and monetary damages alone are inadequate to remedy these injuries.

143.    The failure by Defendants, and each of them, to reduce United States' carbon emissions by the amount necessary to prevent global heating more than 1.5 C over pre-industrial levels and lower atmospheric carbon concentrations to below 350 ppm, will continue to contribute to global warming, ocean acidification, and the other harms enumerated above, to the detriment of Plaintiffs, and their environment, health, safety, and welfare.

144.    The failure of Defendants, and each of them, to preserve and protect carbon sinks, such as forests, tar sands, permafrost and ocean ecosystems, has contributed and will continue to contribute to global warming and ocean acidification to the detriment of Plaintiffs and their environment, health, safety, and welfare.

145.    Co-tenant sovereign trustees each have an independent duty to prevent waste and recover the trust asset.  Defendants, and each of them, are required by the Public Trust to take all actions necessary to reduce the United States government's fair and equitable share of carbon emissions.  Due to the actual size and apportionment of United States government's carbon emissions, if the United States does not take immediate action to reduce its fair share of carbon emissions, the climate catastrophes are inevitable.

146.    The atmosphere must be protected as central to the survival and well-being of Plaintiffs and others similarly situated.

147.    The check and balance of judicial review provides a level of protection against improvident disposition or waste of an irreplaceable trust asset.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, and each of them, respectfully request that the court:

1.    Declare that:

    a.    The atmosphere is a Public Trust resource.

**COMPLAINT**

b.     The United States government has a fiduciary duty, as a trustee, to preserve and protect the atmosphere as a commonly shared Public Trust asset, and to refrain from taking actions that waste or damage this asset;

c.     The fiduciary obligation is enforceable by Plaintiffs, and each of them, as citizen beneficiaries of the Public Trust who represent present and future generations;

d.     The fiduciary obligation is dictated by the best available science on protecting a sustainable atmosphere and climate for present and future generations.

e.     Defendants, and each of them, have violated their fiduciary duties as trustees of the atmosphere by contributing to and allowing unsafe amounts of greenhouse gas emissions into the atmosphere, which has led to human made global warming, ocean acidification, and all of the ramifications associated with the alteration of the atmosphere and Earth's natural systems;

f.     Defendants, and each of them, bear liability for reducing greenhouse gas pollution into the atmosphere and altering the atmosphere and Earth's natural systems;

g.     Rapid reduction of greenhouse gas emissions is required to preserve Earth's atmosphere and natural systems;

h.     Atmospheric concentrations of carbon dioxide higher than 350ppm, if sustained beyond this century, are likely to cause global warming substantially greater than 1°C above preindustrial temperatures, ocean acidification, massive deglaciation, and disintegration of ice sheets, in addition to widespread harm to Earth's natural systems;

i.     The United States government's duty as fiduciary is to prevent waste of and to restore the trust asset by taking immediate measures consistent with the goal of restoring global atmospheric carbon dioxide levels to less than 350 ppm this century;

j.     In order to draw down carbon dioxide levels to achieve the scientific prescription for meeting the fiduciary duty of preserving and protecting the atmosphere, Defendants, and each of them, as trustees must collaboratively take action to: (i) enable global fossil fuel $CO_2$ emissions to peak by 2012 and reduce global fossil fuel $CO_2$ emissions by at least 6% per year through at least 2050; and (ii) cease deforestation and reforest degraded forest lands

36

**COMPLAINT**

1    and improve soil conditions on agricultural lands that will sequester an additional 100 gigatons of

2    carbon this century; and

3            k.      To support effective global collaboration to preserve and protect the

4    atmosphere and Earth's natural systems, the United States government has an obligation, as

5    agreed under the UNFCCC, to take action pursuant to its common but differentiated

6    responsibility and respective capabilities. Based on this principle, the United States government

7    must both reduce its own emissions and provide financial and technological assistance to

8    developing countries to support them in reducing their own emissions, at an aggregate rate

9    consistent with a rate of global emissions decline of 6% per year.

10       2.      Issue an injunction:

11           a.      Requiring Defendants, and each of them, take action consistent with the

12   United States government's equitable share of the global effort, corresponding to its share of the

13   responsibility for causing an increase in greenhouse gas concentrations and its financial and

14   technological capability to reduce global emissions, and thereby enable global $CO_2$ emissions to

15   peak by December 2012 and decline by at least 6% a year thereafter;

16           b.      Requiring that Defendants, and each of them, take all necessary actions to

17   reduce $CO_2$ emissions in the United States by at least 6% per year beginning in 2013;

18           c.      Requiring that by December 31, 2011, Defendants, and each of them,

19   prepare an annual GHG accounting or inventory of all GHG emissions originated by the United

20   States and its citizens and corporations and submit it for approval by this Court;

21           d.      Requiring that by December 31, 2011, Defendants, and each of them,

22   prepare an annual carbon budget consistent with the reductions in 2(a) and (b) above and submit

23   it for approval by this Court; and

24           e.      Requiring that by December 31, 2011, Defendants, and each of them,

25   prepare a climate recovery plan, consistent with the best available science and calibrated to

26   achieve the requirements imposed by 2(a) and (b) and submit it to this Court for approval.

27       3.      Grant such other attorneys' fees, expert fees, costs of suit, and interest as allowed

28   by law.

**COMPLAINT**

1        4.      Grant such other and further relief as the Court deems just and proper.

2        5.      Retain jurisdiction over this action for purposes of enforcing and effectuating this

3  Court's order.

Dated: May 04 , 2011                  **COTCHETT, PITRE & McCARTHY, LLP**

By: _____
       PHILIP L. GREGORY
       Attorneys for Plaintiffs

38

**COMPLAINT**