ORIGINAL

United States District Court
For the Northern District of California

RECEIVED
2011 OCT 31 P 3: 30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEC L., et al.

Plaintiff,

v.

LISA P. JACKSON, et al.

Defendant.

CASE NO. C11-02203 EMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David T. Buente, Jr.                                    , whose business address and telephone number is

Sidley Austin LLP
1501 K Street, N.W., Washington, D.C. 20005
202-736-8000

and who is an active member in good standing of the bar of District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing The National Association of Manufacturers

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 11/4/11

IT IS SO ORDERED
Judge Edward M. Chen